UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. ROCHE and STACEY ROCHE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>NORTHLAND GROUP, INC.,<br><br>　　　　　　　　Defendant. | Civil No. 11cv2706 L (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE INDIVIDUAL CLAIMS OF THOMAS M. ROCHE AND STACEY ROCHE AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS [doc. #27]** |

　　　Good cause appearing, the parties' joint motion is **GRANTED**. The above-captioned case is dismiss with prejudice as to the individual claims of Thomas M. Roche and Stacey Roche and without prejudice as to the class claims. Each party waives their attorneys' fees and costs. The Clerk of the Court is directed to close this case.

　　　**IT IS SO ORDERED.**

DATED: November 13, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　United States District Court Judge

/ / /

/ / /

/ / /

11cv2706